UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**

**v.** **CRIMINAL NO. 01-10426-DPW**

**COLEMAN NEE**

## NOTICE TO DEFENDANT OF APPEAL RIGHTS

**WOODLOCK, D.J.**

Judgment in the above entitled matter was imposed on August 28, 2002.
The defendant is hereby notified of the right to Appeal the Judgment within 10 days
of Entry of Judgment.

The defendant and his counsel are directed to the provisions of First Circuit
Local Rule 12(b), providing that an attorney who has represented a defendant in a
criminal case in the District Court will be responsible for representing the defendant
on appeal until the attorney is relieved of such duty by the Court of Appeals.
Detailed procedures for withdrawal in criminal cases are found in First Circuit Local
Rule 46.6.

**BY THE COURT,**

**August 28, 2002**

Rebecca Greenbey
**Deputy Clerk**

