delivered to Page numbers in error

1/13/04

received 3/24/04 *
in clerk's office

O1CR 10426-DPW

Justice Woodlock,

Thank you for taking your time to read my letter. I know you're a very busy man, so I'll only take a minute of your time.

If you will recall, I was sentenced by your honor to 57 months imprisonment (for bankrobbery) in August of 2002. I was also ordered to pay $900 restitution and $200 court costs. At this time I've made approx. $700 in payments. There is a payment program (FRP) designed and carried out by the B.O.P., and thats how I've made my payments up until this time.

Your honor, I'm a 23 year-old recovering addict. I have no financial backing of my own. All the money I get for my phone calls, clothes, sneakers and hygiene products comes from my family. I don't think it is fair to them, to have them paying my restitution as well. I alone stole from those banks, and I alone should repay them for their loss.

The amount the Bop is ordering me to pay has increased from $7 a month, to $50 a month, to $75 a month, now they are asking for $100 a month. This added cost is beginning to put a strain on my family — and a resentment that they're paying for my mistakes. I agree with them totally.

I am at this time going to college via onsight Marist College courses to get my Associates Degree in Business Management. I'm half-way through my second semester with a 3.6 GPA. I'm also one test away from receiving my Personal Trainer's license. (3.9 GPA) I attend weekly AA & AA step meetings and attend psychological, pharmalogical treatment(s). I also teach a yoga class for Senior citizens with range-of-motion problems.

In spite of all the work I'm doing to try and make a life for myself, I've been told that if I do not pay the amount requested by my unit team - I will be marked as a "refusal" and not be allowed to go to school, or be elidgible for a half-way house.

I'm asking you to entertain this letter as a formal motion to put off the remaining balance of my restitution payment until I am released and have gainfull employment. Or if your honor sees fit I can send a more reasonable amount to the court monthly from my commissary account. $25 per month would be feasible.

I thank you for your time and please cc: your reply to both

myself   at :   Coleman  Nee   # 23945038
                PO Box 1000
                FCI  Otisville, Ny.
                  10963

and   to   my  unit  team:

                    Ms. McNair  &
                    Allison  Henry
                    PO Box  600
                    FCI  Otisville, Ny.
                     10963

If  you  have  any  questions  to  the  authenticity
of  my  Statements  you  can  contact  my
sole  supporter , My  aunt, Margaret McLusker
at  617-268-5598    889  East 4th St.
Boston, Ma. 02127
    also  I've enclosed my  college  scores
from  the  1st  semester.
    My  next  payment  is  Due  2/1/04
so  please  respond  at  your  earliest
Convicnence.
            And thank you for everything,

                            Coleman
                                nee

ps. you made it possible , for me to
    have  a  second chance at life.

Coleman Nee
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          09-09-1980

Unofficial MARIST UNDERGRADUATE ACADEMIC RECORD

Current Academic Program:
  School of Liberal Arts
    BACHELOR OF ARTS
    Major: Undecided

----------------SUMMER 2003----------------

Admitted Program:
  School of Liberal Arts
    BACHELOR OF ARTS
    Major: Undecided

| | | AHRS | EHRS | QHRS | | QPTS | GPA |
|---|---|---|---|---|---|---|---|
| PHIL101L662 | WORLD VIEW VALUES | 9.00 | 9.00 | 9.00 | A  3.00 | 32.10 | 12.00 |
| PRLG101L662 | INTRO TO LAW | | | | A-  3.00 | | 11.00 |
| PSYC101L662 | INTRO PSYCHOLOGY | | | | B  3.00 | | 9.00 |

| | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 9.00 | 9.00 | 9.00 | 32.10 | 3.567 |
| Cumulative | 9.00 | 9.00 | 9.00 | 32.10 | 3.567 |

--------------FALL 2003--------------

| | | | | | QPTS | GPA |
|---|---|---|---|---|---|---|
| BUS 301N662 | HR MANAGEMNT | | | | (3.00) | 0.00 |
| BUS 380N662 | BUSINESS LAW I | | | | (3.00) | 0.00 |

| | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 6.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 15.00 | 9.00 | 9.00 | 32.10 | 3.567 |

----End of MARIST UNDERGRADUATE ACADEMIC RECORD----

Coleman Nee
P.O. Box 1000
Otisville NY 01963