Honorable Judge Woodlock,

I'm writing to you because I cannot think of any avenue to pursue. Per your instructions - in my J.O.C - I received "pharmalogical treatment upon my release" - and was stabalized on a medication that worked well for me. Now I am serving 6 months on a violation and am yet to receive my medication. There are others here on the same medication, but for some reason they are giving me the "run around". I am requesting that you could entervene in <u>any</u> way you can, whether it be having me transfered to a facility where I'll be properly medicated, or to order Walpole to give me my correct medication. I've contacted my attorney, Miriam Conrad - who hasn't been able to make any progress. I realize I only have 3½ months left on my sentence, but I have <u>no</u> concentration, am just frankly a mess - off of my medication. (My medication is: Adderall - 10mg 2x Daily prescribed by: Marth McFadden (MD) (617-783-0175) For: ~~Attention Defect~~ Hyper active Disorder.)
Without my meds I act impulsively and cannot think any of my actions

Case 1:01-cr-10426-DPW Document 45 Filed 08/24/06 Page 2 of 2

through. I know you are busy, but I don't know where else to turn. I'd appreciate your help.

*Coleman*

Coleman Nee

US Marshal #23945-038