AO 442     (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts

UNITED STATES OF AMERICA

V.

Coleman J. Nee

**WARRANT FOR ARREST**

Case Number:   1:01CR10426 DPW

2008 APR 15 P 9:06
U.S. MARSHAL SERVICE
BOSTON, MA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Coleman Nee _____
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release      ☐ Probation            x  Supervised Release    ☐ Violation Notice
   Violation Petition         Violation Petition         Violation

charging him or her with   (brief description of offense)

WARRANT EXECUTED BY _JONATHAN LEMAY_
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON _7/22/08_

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

X in violation of the conditions of his or her supervision imposed by the court.

Terri Seelye                                                            _/s/ [signature]_
Name of Issuing Officer                                    Signature of Issuing Officer

Deputy Clerk                                                April 15, 2008, Boston, Massachusetts
Title of Issuing Officer                                            Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 7-15-08 | NAME AND TITLE OF ARRESTING OFFICER Jonathan Lemay DUSM | SIGNATURE OF ARRESTING OFFICER _/s/ Jonathan Lemay_ |
|---|---|---|
| DATE OF ARREST 4/22/08 | | |