UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) Criminal No. 01-10426-DPW
)
COLEMAN J. NEE, )
  Defendant. )

ORDER TO COMPEL TESTIMONY

It is hereby ORDERED that

1. Stephen Detucci of ADCARE Hospital testify regarding any information he knows regarding the treatment of Colman J. Nee.

The purpose of this order is to authorize a disclosure or use of patient information which would otherwise be prohibited by HIPAA and 42 U.S.C. §290ee-3, 42 U.S.C. §290dd-3 and 42 C.F.R. Part 2.

Dated: *June 12, 2009*

*Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
United States District Judge

