AO 245D (Rev. 3/01)  Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court

## District of Massachusetts

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **COLEMAN NEE** | (For Offenses Committed On or After November 1, 1987) |

**Case Number: 1: 01 CR 10426  - 001 - DPW**

Stylianus Sinnis
Defendant's Attorney

## THE DEFENDANT:

[x] admitted guilt to violation of condition(s) I & II on 8/13/09 _____ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. | 07/03/09 |

[x] See continuation page

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

08/13/09
Date of Imposition of Judgment

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: xx/xx/1980

Defendant's USM No.: 23945-038

Defendant's Residence Address:
UNK

Defendant's Mailing Address:
UNK

Signature of Judicial Officer

The Honorable Douglas P. Woodlock
Judge, U.S. District Court
Name & Title of Judicial Officer

August 13, 2009
Date

Continuation Page - Nature of Violations

**CASE NUMBER:** 1: 01 CR 10426  - 001 - DPW

**DEFENDANT:** COLEMAN NEE

Judgment - Page  2  of  3

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| II | Defendant is to participate in a program for substance abuse, either inpatient or or outpatient, as directed by the U.S. Probation Office, which program may include  testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The Defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or the availability of a third party payment. | 07/07/09 |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

**CASE NUMBER:** **1:  01  CR 10426  - 001 - DPW**                                    Judgment - Page 3 of 3
**DEFENDANT:**       COLEMAN NEE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    9 month(s) and 25 days.

DEFENDANT SHALL RECEIVE CREDIT FOR TIME SERVED.

[x] The court makes the following recommendations to the Bureau of Prisons:

Defendant should be designated to the Fort Devens facility, or an institution within the Northeast Region to commensurate with security where the defendant can receive appropriate drug treatment.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
　　[ ] at _____ on _____
　　[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　[ ] before _____ on _____
　　[ ] as notified by the United States Marshal.
　　[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal