received
8/27/09

Judge Woodlock,

I am writing to you directly for a few reasons: One, you've always been fair to me & seem to actually have my best intentions in mind and two... I'm not sure who else would have the authority or inclination to intervene.

I must say, I wasn't shocked (per se) that you maxed me out on my supervised release time, (9 months 25 days) but I was disappointed that I didn't get a chance to show you that I could/can/will make it. I feel I owe you that, after all the violations and chances.

My main issue is my anxiety regarding my pending designation. You recommended Ft. Devins - or any other available FMC - and I appreciate that. The thing is the BoP doesn't often honor those recommendations, unfortunately.

As you know, I've had a spinal fusion (T9-T10) due to an epidural abcess, have 4 crused lumbar vertebrae - and resulting bone spurs. (The nerve issues - ciatic & others - are getting worse with time.) Also I recently found out my hepatitis C viral load is nearing 2 million... which is bad, seeing as when I was originally sentenced in 2002 I was infected, but "undetectable".

On top of all this - there are huge medication issues. Both medications I am on are only given at medical facilities. One of which (Klonopin) causes potentially deadly

seizures when stopped. (That is how I ended up in front of you this last violation: A seizure resulting from running out of that medication.)

Lastly, I served my time in FCI Otisville, NY. Because of its location being the closest to Boston - beside Devens - they usually return me there, automatically. Beside the medication issues, I ran into serious problems toward the end of my sentence there - and had to be kept in the SHU for 10 months (the hole) for my own safety. When I go back on violations, I have no choice but to return to the SHU where I am locked in 23 hrs/ED, 3 showers each week, one phone call per month. Keep in mind, I never, ever received an incident report this is to keep me "safe".

I'm pleading with you to speak to the head US Marshall regarding my placement — There are alot of issues here.

Also, I have spoke with the STAR program in Fall River since sentencing & they would be willing to take me back at "any time". Natural progression from there is "Stepping Stone" in Fall River - where they'd arrange Suboxone & mental health services. My insurance covers Star & Stepping stone & would be no cost to the gov't. I

mention this because of the statement made at my sentencing that: "no program is available or willing to Mr. Nee".

My health, medication & safety issues are real here, and I'm very worried. Also, sitting in Wyatt or the SHU @ Otisville is going to do <u>nothing</u> for my recovery.

So, I am asking you to do one of two (final) things in my case: See that I <u>definitely</u> go to a medical ctr (and assuredly not FCI Otisville) for the remaining 9 months, OR; Call me in for re-sentencing, let me go to Stair on my own insurance, then Stepping Stone & either re-enroll in Core or come & see your honor on a weekly check in basis. (which I would rather)

I admire you alot, appreciate all the effort & chances you've put into my case & want to <u>complete</u> supervised release. Andrew Laudate told me 20x that I'd <u>never</u> make it & success is the best revenge & I know I am capable. I also want ya to see you were correct to facilitate all these chances - for me.

If you split the current sentence in ½ - I'd still have 18 months supervised release, 4.5 months jail exposure. Which is unarguably more difficult than just sitting here for 10 months

Making minimal progress.

My lawyer would think me crazy if he knew I was requesting this - which is why I come to you.

Thank you for your time, understanding & patience all these years. I was truly given a fair judge.

Sincerely,

Coleman Nee Sr